UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE BRETONECHE CANALES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE MESA VERDE DETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:25-cv-1946-DC-CKD P<br><br><br><br>ORDER |

The court previously determined the interests of justice require appointment of counsel for petitioner and directed the appointing authority for the Office of the Federal Defender to identify counsel. The Office of the Federal Defender has notified the court that Danica Mazenko will represent petitioner.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Danica Mazenko is appointed to represent petitioner.

2. Ms. Mazenko shall meet and confer with opposing counsel on a briefing schedule and that schedule shall be filed jointly with the court within 14 days.

Dated: 12/31/25

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cana1946.cja