DANICA MAZENKO
CA Bar No. 330710
D Mazenko Law
2443 Fair Oaks Boulevard #486
Sacramento, CA 95825
Tel (619) 669-5693
Attorney for Jorge Bretoneche Canales

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JORGE BRETONECHE CANALES,

      Petitioner,

    vs.

WARDEN, ET AL,

      Respondents.

Case No.: 1:25-cv-01946 DC CKD P

**ORDER**

THE PARTIES HEREBY STIPULATE, through their respective counsel, Assistant United States Attorney Jeffrey Lodge, on behalf of the Respondents, and Danica Mazenko, on behalf of Petitioner Jorge Bretoneche Canales ("Canales"), to propose a briefing schedule.

By this stipulation, the parties have agreed to the below schedule and jointly move to set the dates in this case as follows:

**PROPOSED SCHEDULE**

Motions Filing –　　　　　February 27, 2026

Opposition Filing –　　　　March 30, 2026

Reply Brief Filing –　　　　April 9, 2026

- 1 –

IT IS SO STIPULATED.

Dated: January 13, 2026                    Respectfully submitted,

                                           /s/ Danica Mazenko
                                           DANICA MAZENKO
                                           Attorney for Jorge Bretoneche Canales


Dated: January 13, 2026                    ERIC GRANT
                                           United States Attorney


                                    By:  /s/ Jeffrey J. Lodge
                                           JEFFREY J. LODGE
                                           Assistant United States
                                           Attorney

                                           Attorney for the Respondents


## ORDER

IT IS SO FOUND AND ORDERED.

IT IS ORDERED that the parties' briefing schedule is as follows:

1. Parties' motions filing deadline – February 27, 2026;

2. Opposition briefs filing deadline – March 30, 2026; and,

3. Reply briefs filing deadline, if any – April 9, 2026.

IT IS SO ORDERED.

Dated:  January 20, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

- 2 –